EX3

```
PHLNM  540*2C*              SENTENCE MONITORING              *     08-01-2022
PAGE 001           *        COMPUTATION DATA                *     10:40:10
                            AS OF 08-01-2022

REGNO..: 15766-049 NAME: BROWN, SUZANNE


FBI NO...........: 4040GJC7           DATE OF BIRTH: 07-15-1965   AGE:  57
ARS1.............: FBL/A-DES
UNIT.............: C1 CADRE            QUARTERS.....: C04-161L
DETAINER.........: NO                 NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 11-12-2022

FINAL STATUTORY RELEASE FOR INMATE.: 01-01-2023 VIA FT REL
         WITH APPLIED FSA CREDITS.: 15  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 12-17-2022 VIA FSA REL

REMARKS.........: 04-02-2022: PRD ADJ DUE TO FSA FTC APPLIED. D/MLM

                  RELEASE AUDIT COMPLETED ON 01-27-2022 BY DSCC
-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: NEW HAMPSHIRE
DOCKET NUMBER...................: 16-CR-021-JL
JUDGE..........................: LAPLANTE
DATE SENTENCED/PROBATION IMPOSED: 06-15-2018
DATE COMMITTED.................: 01-03-2022
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

                  FELONY ASSESS  MISDMNR ASSESS  FINES      COSTS
NON-COMMITTED.: $1,200.00        $00.00          $00.00     $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $81,195.00
```

```
   PHLJM  540*23 *                SENTENCE MONITORING          *      08-01-2022
 PAGE 002            *             COMPUTATION DATA            *      10:40:10
                                   AS OF 08-01-2022
```

REGNO..: 15266-049 NAME: BROWN, SUZANNE


------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 153    18:286,371 FRAUD, OTHER
OFF/CHG: CT-1-12 18:1001(A)(2) MAKING A MATERIAL FALSE STATEMENT
          TO A FEDERAL AGENCY.

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    12 MONTHS
  TERM OF SUPERVISION............:     2 YEARS
  DATE OF OFFENSE................: 07-02-2012

------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-02-2022 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 01-27-2022 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 01-03-2022
TOTAL TERM IN EFFECT............:    12 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     1 YEARS
EARLIEST DATE OF OFFENSE........: 07-02-2012

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     03-08-2016    03-08-2016

TOTAL PRIOR CREDIT TIME.........: 1
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 01-01-2023
ELDERLY OFFENDER TWO THIRDS DATE: 09-02-2022
EXPIRATION FULL TERM DATE.......: 01-01-2023
TIME SERVED.....................:     7 MONTHS
PERCENTAGE OF FULL TERM SERVED..: 58.0
PERCENT OF STATUTORY TERM SERVED: 58.0
```

```
 G0002       MORE PAGES TO FOLLOW . . .
```

```
PHLSM  540*23 *              SENTENCE MONITORING              *    08-01-2022
PAGE 003 OF 003 *            COMPUTATION DATA                 *    10:40:10
                             AS OF 08-01-2022

REGNO..: 15266-049 NAME: BROWN, SUZANNE


PROJECTED SATISFACTION DATE.....: 12-17-2022
PROJECTED SATISFACTION METHOD...: FSA REL
    WITH FSA CREDITS INCLUDED...:  15

REMARKS.......: DCB = V/S 01-03-2022




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```