

| | | | | |
|---|---|---|---|---|
| **Individualized Needs Plan - Program Review   (Inmate Copy)** | | | **SEQUENCE:** | 02119372 |
| Dept. of Justice / Federal Bureau of Prisons | | | **Team Date:** | 07-25-2022 |
| Plan is for inmate: BROWN, SUZANNE  15266-049 | | | | |

| | | | |
|---|---|---|---|
| Facility: | PHL  PHILADELPHIA FDC | Proj. Rel. Date: | 12-17-2022 |
| Name: | BROWN, SUZANNE | Proj. Rel. Mthd: | FIRST STEP ACT RELEASE |
| Register No.: | 15266-049 | DNA Status: | PHL11762 / 01-03-2022 |
| Age: | 57 | | |
| Date of Birth: | 07-15-1965 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| PHL | PM LINE | PM LINE SERVER FOOD SERVICE | 07-20-2022 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| PHL | ESL HAS | ENGLISH PROFICIENT | 01-05-2022 |
| PHL | GED HAS | COMPLETED GED OR HS DIPLOMA | 01-05-2022 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| PHL | | FEET | 07-03-2022 | CURRENT |
| PHL CAD | C | INTRO TO STRESS MANAGEMENT | 04-13-2022 | 04-20-2022 |
| PHL CAD | C | HOW TO PLAY CHECKERS | 06-15-2022 | 06-22-2022 |
| PHL CAD | C | THE HEART CLASS | 06-22-2022 | 06-29-2022 |
| PHL CAD | C | SOLAR SYSTEM | 06-09-2022 | 06-23-2022 |
| PHL CAD | C | EARTH RESOURCES | 05-12-2022 | 05-26-2022 |
| PHL CAD | C | HEPATITIS A | 04-23-2022 | 06-05-2022 |
| PHL CAD | C | BASKETBALL OFFICIAL TNG | 04-16-2022 | 04-23-2022 |
| PHL CAD | C | UNDERSTANDING MEDIA & CULTURE | 04-21-2022 | 05-05-2022 |
| PHL CAD | C | ENJOYING THE 2ND HALF OF LIFE | 03-02-2022 | 03-27-2022 |
| PHL CAD | C | VOLLEYBALL OFFICIAL TRAINING | 03-11-2022 | 03-19-2022 |
| PHL CAD | C | GENDER EQUALITY | 03-10-2022 | 03-24-2022 |
| PHL CAD | C | INTRO TO DRAWING | 02-11-2022 | 02-25-2022 |
| PHL CAD | C | MIND STRENGTH | 02-11-2022 | 02-25-2022 |
| PHL CAD | C | EAT SMART | 02-16-2022 | 03-06-2022 |
| PHL CAD | C | TUTOR TRAINING | 02-13-2022 | 02-14-2022 |
| PHL CAD | C | INTRO TO CHESS | 01-19-2022 | 01-26-2022 |
| PHL CAD | C | CIVIC LESSON | 01-13-2022 | 01-27-2022 |
| PHL CAD | C | PERSONAL HEALTH JOURNAL | 01-25-2022 | 02-06-2022 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 01-06-2022 |
| SCRN1 | CCM: HEALTHY/SIMPLE CARE | 03-02-2021 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-24-2022 |
| YES F/S | CLEARED FOR FOOD SERVICE | 01-24-2022 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 01-25-2022 |

### FRP Payment Plan



**Individualized Needs Plan - Program Review   (Inmate Copy)**
Dept of Justice / Federal Bureau of Prisons
Plan is for inmate: BROWN, SUZANNE  15266-049

SEQUENCE: 02119372
Team Date: 07-25-2022

**Most Recent Payment Plan**

FRP Assignment:   PART   FINANC RESP-PARTICIPATES   Start: 01-30-2022
Inmate Decision   AGREED   $50.00   Frequency: QUARTERLY
Payments past 6 months:   $30.30   Obligation Balance: $82,364.70

**Financial Obligations**

| No | Type | Amount | Balance | Payable | Status | |
|---|---|---|---|---|---|---|
| 1 | ASSMT | $1,200.00 | $1,169.70 | IMMEDIATE | AGREED | |
| | | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
| | | | 06-04-2022 | PHL | PAYMENT | INSIDE PMT | $30.30 |
| 2 | REST FV | $81,195.00 | $81,195.00 | IMMEDIATE | AGREED | |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

**FRP Deposits**

Trust Fund Deposits - Past 6 months:  $ N/A           Payments commensurate ?   N/A
New Payment Plan:   ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 01-25-2022 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 07-25-2022 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 07-25-2022 |
| N-COGNTV N | NEED - COGNITIONS NO | 07-25-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 01-27-2022 |
| N-EDUC N | NEED - EDUCATION NO | 07-25-2022 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 07-25-2022 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 07-25-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 07-25-2022 |
| N-MEDICL N | NEED - MEDICAL NO | 07-25-2022 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 07-25-2022 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 07-25-2022 |
| N-TRAUMA N | NEED - TRAUMA NO | 07-25-2022 |
| N-WORK N | NEED - WORK NO | 07-25-2022 |
| R-MIN | MINIMUM RISK RECIDIVISM LEVEL | 07-25-2022 |

**Progress since last review**

** No notes entered **

**Next Program Review Goals**

No further goals to list, inmate is releasing to RRC/HC on 08-02-2022.

**Long Term Goals**

No further long term goals to list. Releasing to RRC/HC on 08-02-2022.

**RRC/HC Placement**

Recommended Placement on date 08-02-2022.

**Comments**

** No notes entered **