Case 2:22-cv-00259-JAW Document 1-5 Filed 08/24/22 Page 1 of 2 PageID #: 25
8/22/22, 3:14 PM         Gmail - Re: [EXTERNAL] URGENT: Request: First Step Act Credit Manual Calculation

EX 5


Gmail

**Farmer Brown <greatnorthwoodsfarm@gmail.com>**

## Re: [EXTERNAL] URGENT: Request: First Step Act Credit Manual Calculation
1 message

**CPA-CCM-S (BOP)** <CPA-CCM-S@bop.gov>  Wed, Aug 10, 2022 at 11:34 AM
To: Great North Woods Farm <greatnorthwoodsfarm@gmail.com>

Hello,

You should have received a one-time application of retroactive FSA FTC's, under the interim procedures (which were in place while you were still housed at FDC Philadelphia, PA). The interim procedures do not cover the ongoing posting of FTC's; rather, the institutions use the information regarding ongoing credit when considering the RRC/HC placement recommendation. Once the on-going calculation has been implemented, you will be reviewed and FTCs will be adjusted consistent with the rules language and the implementation procedures. I have no additional information, nor do I have an expected time frame for implementation/resolution.

As previously explained, any updates or changes to your projected release date will prompt a notification to your US Probation Officer in Maine as your are on Federal Location Monitoring (who in turn will notify you).

I trust this adequately addresses your concerns.

Philadelphia Residential Reentry Management Office
US Custom House
200 Chestnut Street
7th Floor
Philadelphia, PA 19106


**From:** Great North Woods Farm <greatnorthwoodsfarm@gmail.com>
**Sent:** Monday, August 8, 2022 4:17 PM
**To:** CPA-CCM (BOP) <CPA-CCM@bop.gov>; GRA-DSC/PolicyCorrespondence&AdminRemedies@bop.gov <GRA-DSC/PolicyCorrespondence&AdminRemedies@bop.gov>; CPA-CCM-S (BOP) <CPA-CCM-S@bop.gov>
**Cc:** sandra bloomenthal <sandrabloomenthal@gmail.com>; Belinda Krouse <belinda_krouse@mep.uscourts.gov>
**Subject:** [EXTERNAL] URGENT: Request: First Step Act Credit Manual Calculation

Dear BOP Leadership:

As of August 2, 2022, I have arrived to monitored home confinement in Upton, Maine from FDC Philadelphia.

The unit team provided me with a final Sentence Monitoring Calculation from their facility on August 1, 2022, and an Individualized Needs Plan-Program Review on July 25, 2022. Both documents are attached.

The Sentence Computation currently does not account for First Step Act (FSA) credits of 90 days I have earned (having completed all available FSA eligible activities) from February 2022 to July 2022. Nor does it project my correct release date of September 2, 2022, [in anticipation that I will have earned another 15 days of FSA credits during August 1, 2022, and FDC Philadelphia and the remainder of August (my period of home confinement)].

Therefore, I respectfully request an immediate manual calculation and new Sentence Computation report reflecting the correct sentencing and release data. I also request written approval to be removed from furlough/home confinement no later than September 2, 2022, to prevent the irreparable harm of unlawful additional incarceration time.

Please confirm receipt of this email, and I look forward to receiving the above requested documentation from you this week.

Sincerely,

Suzanne Brown
P.O. Box 253
114 Lake Umbagog
Errol, NH 03579
(603) 828-4860