Search bop.gov

| Home | About Us | Inmates | Locations | Careers | Business | Resources | Contact Us |

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present. Due to the First Step Act, sentences are being reviewed and recalculated to address pending Federal Time Credit changes. As a result, an inmate's release date may not be up-to-date. Website visitors should continue to check back periodically to see if any changes have occurred.

**Find By Number** | Find By Name

Type of Number: BOP Register Number
Number: 15266-049

[Search]

Result using number **15266-049**                           Clear Form



### SUZANNE BROWN

Register Number: 15266-049

Age: 57
Race: White
Sex: Female

Located at: **Philadelphia RRM**

Release Date: 12/17/2022

**Related Links**

Facility Information
Call or email
Send mail/package
Send money
Visit
Voice a concern

About the inmate locator & record availability

**About Us**
About Our Agency
About Our Facilities
Historical Information
Statistics

**Inmates**
Find an Inmate
First Step Act
Communications
Custody & Care
Visiting
Voice a Concern

**Locations**
List of our Facilities
Map of our Locations
Search for a Facility

**Careers**
Life at the BOP
Explore Opportunities
Current Openings
Application Process
Our Hiring Process

**Business**
Acquisitions
Solicitations & Awards
Reentry Contracting

**Resources**
Policy & Forms
News Stories
Press Releases
Publications
Research & Reports

**Resources For ...**
Victims & Witnesses
Employees
Volunteering
Former Inmates
Media Reps

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback
USA.gov | Justice.gov | Open Government

https://www.bop.gov/inmateloc/                                                                  1/1