UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| SUZANNE BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:22-cv-00259-JAW |
| v. | ) | |
| | ) | |
| KIMBERLY RIEGER, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER AFFIRMING
RECOMMENDED DECISION**

The United States Magistrate Judge filed with the Court on September 22, 2022, his Recommended Decision.  *Report and Recommended Decision on Motion for Preliminary Injunction and Motion for Temporary Restraining Order* (ECF No. 13). Ms. Brown did not file any objection.  The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and the Court made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision and determines that no further proceeding is necessary.

The Court AFFIRMS the Recommended Decision of the Magistrate Judge (ECF No. 13) and thereby DENIES Ms. Brown's requests for emergency injunctive relief.  (ECF No. 4, ECF No. 8, ECF No. 11).

SO ORDERED.

                                           /s/ John A. Woodcock, Jr.
                                           JOHN A. WOODCOCK, JR.
                                           UNITED STATES DISTRICT JUDGE

Dated this 7th day of October, 2022